**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** |
| **United States of America**<br>**v.**<br>**Arley Alejandro-Perez**<br>YOB: 1997; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.** **26-04108MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about October 11, 2026, at or near Douglas, in the District of Arizona, **Arley Alejandro-Perez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on March 22, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about October 11, 2026, at or near Douglas, in District of Arizona, **Arley Alejandro-Perez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Arley Alejandro-Perez** is a citizen of Mexico. On March 22, 2019, **Arley Alejandro-Perez** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On October 11, 2026, agents found **Arley Alejandro-Perez** in the United States at or near Douglas, Arizona without the proper immigration documents. **Arley Alejandro-Perez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Arley Alejandro-Perez** admitted to illegally entering the United States of America from Mexico on or about October 11, 2026, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br><br>**OFFICIAL TITLE**<br>Eric R. Wood<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1] | **DATE**<br>October 13, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins